UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

FILED
APR 23 2012
CLERK, US DISTRICT COURT
NORFOLK, VA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No.: 2:12cv218 |
| ) | |
| KENNETH L. NELSON, and ) | |
| ) | |
| WANDA B. NELSON, ) | |
| ) | |
| Respondents. ) | |

## PETITION FOR JUDICIAL APPROVAL
## OF LEVY UPON A PRINCIPAL RESIDENCE

The United States of America petitions the Court for an order approving an administrative levy by the Internal Revenue Service upon the principal residence of Kenneth and Wanda Nelson, which is 1500 Chessington Court, Virginia Beach, Virginia ("Real Property"). In support of this petition, the United States submits the accompanying declaration of Revenue Officer James Hill and avers the following:

1. This proceeding is brought, and the Court's jurisdiction arises, pursuant to 28 U.S.C. §§ 1340 and 1345 and 26 U.S.C. §§ 6334(e)(1) and 7402(a).

2. Pursuant to 26 U.S.C. § 6331(a), the United States is authorized to levy upon all property or rights to property of a taxpayer in order to collect an unpaid tax liability. Under 26 U.S.C. §§ 6334(a)(13) and 6334(e)(1), property used as a principal residence of the taxpayer is exempt from a levy to collect more than $5,000, unless such

levy is approved, in writing, by a United States District Court Judge or Magistrate Judge. *See* 26 U.S.C. §§ 6334(a)(13)(B), (e)(1); 26 C.F.R. § 301.6334-1(d).

3. To obtain such judicial approval of levy upon a principal residence from the Court, the United States must demonstrate that:

    a. the underlying liability has not been satisfied;

    b. the requirements of any applicable law or administrative procedure relevant to the levy have been met; and,

    c. no reasonable alternative for the collection of the taxpayer's debts exists.

26 C.F.R. § 301.6334-1(d)(1); *In re Lawrence*, 2004 U.S. Dist. LEXIS 22228, *4 (D. Ariz. Sept. 29, 2004).

4. By this petition, the United States seeks approval for the Internal Revenue Service to levy upon the Real Property. The Real Property is the principal residence of Kenneth and Wanda Nelson. A copy of the deed, including a legal description of the property, is attached to the Declaration of Officer James Hill as Exhibit 105.

5. The United States is levying on the Real Property to collect Kenneth and Wanda Nelson's unpaid federal tax liabilities. As of January 9, 2012, Kenneth Nelson owes $73,571 in federal tax liabilities; Wanda Nelson owes $52,991; and the two jointly owe $7,665. (Hill Decl. ¶¶ 2-4.)

6. The Internal Revenue Service has followed the requirements of applicable law and administrative procedures relevant to the requested levy.

7. The Internal Revenue Service has concluded that Kenneth and Wanda Nelson have no assets of consequence other than the Real Property. Accordingly, there is no other reasonable collection alternative than levying on the Real Property.

WHEREFORE, the United States prays that:

A. The Court enter an order to show cause; and

B. If no written objection to this petition is filed with the Clerk of the Court within 21 days from the date of service of the order to show cause, the Court enter the proposed order being filed with this Petition, approving the levy on the Real Property; and

//
//
//

C.  If a written objection to the petition is filed with the Clerk of the Court, that the Court set a hearing date for this matter.

Date: April 23, 2012

NEIL H. MacBRIDE
United States Attorney

Joel E. Wilson
Assistant United States Attorney
Virginia State Bar No. 71701
Attorney for Plaintiff,
United States of America
Office of the United States Attorney
for the Eastern District of Virginia
101 West Main Street, Suite 8000
Norfolk, Virginia 23510-1671
(757) 441-6331 (Office)
(757) 441-6689 (Fax)
joel.wilson@usdoj.gov


JOHN A. DiCICCO
Principal Deputy Assistant Attorney General
Tax Division

ARI D. KUNOFSKY
Texas Bar no. 24050897
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 353-9187
Facsimile: (202) 353-9187
Email: ari.d.kunofsky@usdoj.gov